UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ERIK JOHNSON,**<br><br>*Plaintiff/Counterdefendant,*<br><br>v.<br><br>**PROCTORIO INC.,**<br><br>*Defendant/Counterclaimant.* | Case No. _____<br>U.S. District Court for the District of Massachusetts<br><br>Case No. 2:21-cv-00691-DLR<br>U.S. District Court for the District of Arizona |

**FIGHT FOR THE FUTURE'S MOTION TO QUASH OR MODIFY
THIRD-PARTY SUBPOENA TO PRODUCE DOCUMENTS**

Movant Fight for the Future ("FFTF") hereby moves the Court, pursuant to Fed. R. Civ. P. 45, for an Order to quash or modify the subpoena issued on November 23, 2021, in *Erik Johnson v. Proctorio, Inc.*, Case No. 2:21-cv-00691, in the United States District Court of District of Arizona. The Subpoena, served on FFTF by defendant Proctorio, Inc. ("Proctorio"), seeks, among other things, all documents and communications held by FFTF that relate to Proctorio. It is no secret that FFTF is a frequent and vocal critic of the e-proctoring industry, an industry in which Proctorio is a major player. The Subpoena appears calculated to obtain information about FFTF's internal operations and strategy for purposes unrelated to the Arizona litigation. This is an improper use of Rule 45. Moreover, the Subpoena seeks documents that are irrelevant to the pending litigation and, in any event, is overbroad on its face.

**WHEREFORE**, for the reasons set forth in the accompanying memorandum of law, declarations, and exhibits, FFTF now respectfully moves the Court to quash the Subpoena or, in

the alternative, modify the Subpoena to require production only of materials that FFTF has produced to date and to confirm that no further production is required.

Dated: February 18, 2022

Respectfully submitted,

/s/ Kendra K. Albert
Kendra K. Albert (BBO No. 705086)
  *Honorific/Pronouns: Mx., they/them/theirs*
Mason A. Kortz (BBO No. 691257)
  *Honorific/Pronouns: Mr., he/him or they/them*
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Ave, 4th Floor
Cambridge, MA 02138

Tel: 617-384-9125
Fax: 617-812-3050
Email: kalbert@law.harvard.edu

*Counsel for Fight for the Future*

## CERTIFICATION OF CONFERENCE

Pursuant to D. Mass. Local Rules 7.1(a)(2) and 37.1(b), I hereby certify that on February 18, 2022, I, counsel for the moving party, conferred with opposing counsel in a good faith effort to resolve or narrow the issues raised by this motion to the greatest extent possible.

Dated: February 18, 2022

/s/ *Maria Crimi Speth*
Maria Crimi Speth
    *Honorific/Pronouns: Ms., she/her/hers*
Jaburg Wilk, Attorneys at Law
3200 N. Central Ave., Suite 2000
Phoenix, AZ 85012

Tel: 602-248-1000
Email: mcs@jaburgwilk.com

*Counsel for Fight for the Future*


## CERTIFICATE OF SERVICE

Pursuant to D. Mass. Local Rules 5.2(a) and 5.4(c), I hereby certify that on February 18, 2022, I served a copy of the foregoing document on counsel for all parties via email.

Dated: February 18, 2022

/s/ Kendra K. Albert
Kendra K. Albert
    *Honorific/Pronouns: Mx., they/their/them*