UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ERIK JOHNSON,** *Plaintiff/Counterdefendant,* v. **PROCTORIO INC.,** *Defendant/Counterclaimant.* | Case No. _____ U.S. District Court for the District of Massachusetts <br><br> Case No. 2:21-cv-00691-DLR U.S. District Court for the District of Arizona |

**DECLARATION OF SARAH GAUDETTE**

I, Sarah Gaudette, hereby declare:

1. My name is Sarah Gaudette. I am the Executive Director of Fight for the Future ("FFTF"), a 501(c)(4) nonprofit incorporated in Massachusetts and having its regular place of business in Massachusetts. FFTF's mailing address is P.O. Box 55071 #95005, Boston, MA 02205. The statements in this Declaration are based on my personal experience and knowledge.

2. Since 2011, FFTF has engaged in advocacy to defend basic human and civil rights in the digital age. FFTF's strategies include building coalitions; organizing write-in and call-in campaigns on proposed legislation; producing and sharing educational materials; designing civic engagement tools; and holding offline rallies, protests, and events.

3. FFTF has a long history of advocating for online privacy and opposing both government and corporate surveillance and abuse of personal data. FFTF is a frequent critic of companies that engage in surveillance, including ID.me, Amazon, Facebook, and Clearview AI.

4. In particular, FFTF has become one of the leading organizations opposing the use of facial recognition and other forms of biometric surveillance, including biometric surveillance at schools, colleges, and universities. This is despite have fewer than ten full-time employees.

5. E-proctoring software constitutes one of the largest uses of biometric surveillance in educational settings. Since 2020, FFTF has engaged in advocacy criticizing the use of e-proctoring software and exposing the harmful impacts of the e-proctoring industry. This advocacy includes principled objections to e-proctoring based in FFTF's expertise in issues of privacy and human rights.

6. E-proctoring companies such as ExamSoft and HonorLock have been frequent subject of FFTF's efforts to raise awareness about the dangers of e-proctoring. Among these companies is Proctorio, Inc. ("Proctorio"), a major e-proctoring company,

7. In December 2020, FFTF first contacted Erik Johnson ("Johnson"), an individual who had previously criticized Proctorio's software, seeking a statement for an open letter regarding the distribution of e-proctoring software with textbooks.

8. In February 2021, FFTF created the website "Proctorio Is Worse Than a Proctology Exam," located at http://www.proctorioisworsethanaproctologyexam.com. This satirical website links to stories from various sources about Proctorio and its CEO, Mike Olsen. A copy of the website is attached to this Declaration as Exhibit SG-A.

9. In creating the "Proctorio Is Worse Than a Proctology Exam" website, FFTF contacted individuals, media outlets, and other advocacy organizations about their experiences with Proctorio and Olsen. As part of this process, FFTF communicated briefly with Johnson.

10. On March 3, 2021, after the "Proctorio Is Worse Than a Proctology Exam" website was launched, FFTF composed a tweet on the Twitter platform promoting the site.

11. Also on March 3, 2021, an employee at FFTF retweeted the above tweet from her personal account and added commentary about the harms of eproctoring.

12. In June 2021, FFTF created the advocacy website "Ban Eproctoring," located at http://www.baneproctoring.com. This website includes information about e-proctoring software, a letter calling on schools to ban e-proctoring software, and a link to a petition asking for the same. The website also allows users to submit personal stories about their experiences with e-proctoring software. A copy of the website is attached to this Declaration as Exhibit SG-B.

13. In June 2021, after the "Ban Eproctoring" website was launched, Johnson contacted FFTF to provide information that he believed was relevant to the topics on the website.

14. Since June 2021, FFTF has continued its advocacy about the dangers of e-proctoring. FFTF intends to continue this advocacy campaign for the foreseeable future.

15. As part of its advocacy, FFTF has created internal documents and communicated with individuals and organizations outside of FFTF. These documents and communications contain research, strategy, and other sensitive information. Some of this information relates, directly or indirectly, to Proctorio.

16. Disclosure of FFTF's documents and communications related to Proctorio could interfere with and negatively impact FFTF's current and future advocacy by exposing the ideas and strategies of FTFF and its partners. Even the threat of exposure alters the ways in which FFTF gathers information and organizes internally and in which third parties communicate with FTFF, creating a chilling effect on FFTF's advocacy.

17. If disclosed, FFTF's documents and communications related to Proctorio could be used to subject third parties who have communicated with FTFF to harassment, including but not limited to harassment by abuse of legal process. As such, disclosure would deter such third parties from communicating openly and honestly with FTFF. As an advocacy organization that is often contacted by whistleblowers, journalists, and people who have been victims of privacy abuses, such a deterrent would irreparably harm FFTF's work.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2022              Respectfully submitted,

                                      /s/ Sarah Gaudette

                                      SARAH GAUDETTE
                                        *Honorific/Pronouns: Ms., she/her/hers*