**Exhibit SG-B to Declaration of Sarah Gaudette**

# PROTECT STUDENT PRIVACY:
# BAN EPROCTORING

Tell colleges and universities that invasive proctoring apps don't belong in education.

TAKE ACTION

READ THE LETTER

# CAN ONLINE PROCTORING TOOLS SEE YOUR FACE?

Popular eproctoring apps like Proctorio use [racist algorithms](#) that are less able to detect dark-skinned faces. Take our test below. Unlike with Proctorio, no data is collected by the

widget we built here using the same computer vision software Proctorio uses.

**WEBCAM IMAGE TEST:**

TEST YOUR FACE

# SCORECARD

We asked prominent colleges and universities if they plan to use eproctoring in the 2021 fall semester. Some were happy to provide a statement confirming that their school is not using eproctoring and **WON'T USE** it in the future. Others **MIGHT USE**, since they either failed to respond to our requests, or they issued a statement implying they might use this tech in the future. Even worse, many schools **ARE USING** invasive proctoring apps and plan to do so in the fall. Scroll down to see whether or not your campus is experimenting on you.

| School | | | |
|---|---|---|---|
| **Auburn University** | TWEET THEM | EMAIL THEM | **ARE USING** |
| **Baylor University** | TWEET THEM | EMAIL THEM | **ARE USING** |
| **Boston College** | TWEET THEM | EMAIL THEM | **ARE USING** |

| Institution | | | |
|---|---|---|---|
| Cabrillo College | TWEET THEM | EMAIL THEM | WON'T USE |
| Cal Poly Pomona | TWEET THEM | EMAIL THEM | ARE USING |
| California State University Chico | TWEET THEM | EMAIL THEM | ARE USING |
| California State University Fullerton | TWEET THEM | EMAIL THEM | ARE USING |
| City University of New York | TWEET THEM | EMAIL THEM | WON'T USE |
| College William and Mary | TWEET THEM | EMAIL THEM | ARE USING |
| Columbia University | TWEET THEM | EMAIL THEM | ARE USING |
| Creighton University | TWEET THEM | EMAIL THEM | ARE USING |
| Dartmouth | TWEET THEM | EMAIL THEM | ARE USING |
| DePaul Univeristy | TWEET THEM | EMAIL THEM | ARE USING |
| Duke University | TWEET THEM | EMAIL THEM | WON'T USE |
| Florida International University | TWEET THEM | EMAIL THEM | ARE USING |
| Florida State University | TWEET THEM | EMAIL THEM | ARE USING |

| | | | |
|---|---|---|---|
| Georgetown University | TWEET THEM | EMAIL THEM | **ARE USING** |
| Georgia State University | TWEET THEM | EMAIL THEM | **ARE USING** |
| Georgia Tech | TWEET THEM | EMAIL THEM | **ARE USING** |
| Harvard | TWEET THEM | EMAIL THEM | **ARE USING** |
| Lousiana State University | TWEET THEM | EMAIL THEM | **ARE USING** |
| MIT | TWEET THEM | EMAIL THEM | **ARE USING** |
| Miami University | TWEET THEM | EMAIL THEM | **ARE USING** |
| New Jersey Institute of Technology | TWEET THEM | EMAIL THEM | **ARE USING** |
| Northwestern University | TWEET THEM | EMAIL THEM | **ARE USING** |
| Ohio State University | TWEET THEM | EMAIL THEM | **ARE USING** |
| Ohio University | TWEET THEM | EMAIL THEM | **ARE USING** |
| Oklahoma City Community College | TWEET THEM | EMAIL THEM | **ARE USING** |

| School | | | |
|---|---|---|---|
| Pennsylvania State University | TWEET THEM | EMAIL THEM | ARE USING |
| Princeton | TWEET THEM | EMAIL THEM | WON'T USE |
| Purdue University | TWEET THEM | EMAIL THEM | ARE USING |
| Rose State College | TWEET THEM | EMAIL THEM | ARE USING |
| Rutgers University | TWEET THEM | EMAIL THEM | ARE USING |
| Sam Houston State University | TWEET THEM | EMAIL THEM | ARE USING |
| San Francisco State University | TWEET THEM | EMAIL THEM | WON'T USE |
| San Jose State University | TWEET THEM | EMAIL THEM | ARE USING |
| Shasta College | TWEET THEM | EMAIL THEM | ARE USING |
| Stanford University | TWEET THEM | EMAIL THEM | WON'T USE |
| Tarrant County College | TWEET THEM | EMAIL THEM | ARE USING |
| Texas A&M | TWEET THEM | EMAIL THEM | ARE USING |
| University of Alabama | TWEET THEM | EMAIL THEM | ARE USING |

| University | | | |
|---|---|---|---|
| University of Arizona | TWEET THEM | EMAIL THEM | ARE USING |
| University of California Berkeley | TWEET THEM | EMAIL THEM | ARE USING |
| University of California Santa Barbara | TWEET THEM | EMAIL THEM | ARE USING |
| University of Central Florida | TWEET THEM | EMAIL THEM | ARE USING |
| University of Colorado Boulder | TWEET THEM | EMAIL THEM | ARE USING |
| University of Colorado Denver | TWEET THEM | EMAIL THEM | ARE USING |
| University of Dayton | TWEET THEM | EMAIL THEM | ARE USING |
| University of Illinois Urbana-Champaign | TWEET THEM | EMAIL THEM | WON'T USE |
| University of Iowa | TWEET THEM | EMAIL THEM | ARE USING |
| University of Maryland | TWEET THEM | EMAIL THEM | ARE USING |
| University of Massachusetts Lowell | TWEET THEM | EMAIL THEM | WON'T USE |

| University | | | |
|---|---|---|---|
| University of Michigan Dearborn | TWEET THEM | EMAIL THEM | **WON'T USE** |
| University of Minnesota | TWEET THEM | EMAIL THEM | **ARE USING** |
| University of South Florida | TWEET THEM | EMAIL THEM | **ARE USING** |
| University of Southern California | TWEET THEM | EMAIL THEM | **WON'T USE** |
| University of Tennessee Chattanooga | TWEET THEM | EMAIL THEM | **ARE USING** |
| University of Texas Dallas | TWEET THEM | EMAIL THEM | **ARE USING** |
| University of Washington | TWEET THEM | EMAIL THEM | **ARE USING** |
| University of Wisconsin Madison | TWEET THEM | EMAIL THEM | **ARE USING** |
| Utah State University | TWEET THEM | EMAIL THEM | **ARE USING** |
| Washington State University | TWEET THEM | EMAIL THEM | **ARE USING** |
| West Chester | TWEET THEM | EMAIL THEM | **ARE USING** |

| | | | |
|---|---|---|---|
| University | TWEET THEM | EMAIL THEM | ARE USING |
| Western Governors University | TWEET THEM | EMAIL THEM | **ARE USING** |
| Yale | TWEET THEM | EMAIL THEM | **ARE USING** |

# SIGN THE PETITION



To School Administrators:

Invasive proctoring apps are endangering the privacy and the education of students worldwide. This experimental technology can grant access to all corners of students' computers, gather biometric data, and use false science to decide if students are cheating or not.

These proctoring apps are largely unregulated and generally up to professors to implement. They unfairly put students' ability to complete courses in jeopardy, expose their private information and images to abuse, and disproportionately impact Black and Brown students, students with disabilities, and low income students.

Inappropriate surveillance should not be a requirement for getting an education. We call on you to immediately make your policy firm and clear by banning proctoring apps from your institution entirely.

Name*

First Last

E-mail*

me@example.com

Postal Code*

US ZIP Code or Postal Code

Phone (to receive SMS campaign alerts)

555-555-5555

Message and data rates apply. Message frequency varies. Text STOP to cancel your subscription. Text HELP for more information. Privacy Policy and Terms of Service

Are you…

☐ A student

☐ An educator

☐ A parent of a student

# SIGN THE PETITION

Fight for the Future will email you updates, and you can unsubscribe at any time. Privacy Policy

# READ THE LETTER

We, the undersigned, are calling for a ban on the use of eproctoring programs in K-12 schools and higher education.

Eproctoring programs are invasive, dangerous, and fail to prevent academic dishonesty. They demonstrate systemic bias against non-white students, are harmful for students with testing anxiety, and discriminate against students with disabilities. They also treat students as if they are guilty until proven innocent, which is a disrespectful and harmful stance for any academic institution to take.

Eproctoring programs that include facial detection, recognition, or monitoring are notoriously unable to identify students of color, particularly Black students. A federally-funded study found that even the best facial recognition algorithms fail to work on Black and brown people, trans and non-binary people, as well as children and women in general. As a workaround, there have been numerous accounts of students of color being forced to shine lights directly in their faces in order to be recognized by the software, which undoubtedly impacts testing performance.

Many online proctoring programs record students and their rooms through webcams. This surveillance is not only invasive, but flags even mundane actions as potential cheating, like if a student reads a question out loud (a common testing strategy for people who learn differently). Eye tracking may flag "too much movement" compared

to a baseless expectation by the algorithm. This is harmful because frequent eye movement can easily be attributed to medical conditions, anxiety, learning differences, and/or neurodivergences like ADHD or autism.

Even eproctoring solutions that do not use a video component force students to surrender an unacceptable amount of control over their devices to a third party company—including browser histories, keystroke tracking, and the ability to change privacy settings. The databases these companies accrue on students have already been hacked and remain vulnerable.

Eproctoring companies are facing numerous lawsuits for compromising user data and misleading students about data collection practices, especially biometric data collection like face, voice, and fingerprints. Some students are suing their academic institutions for forcing them to use what amounts to glorified spyware in order to complete their classes.

For the equity and privacy of all students, school administrators must ban the use of eprocotoring.

# SIGNERS


















# EPROCTORING HORROR STORY?

Want to tell Fight for the Future about your eproctoring horror story? We'd like to hear it.

**SUBMIT A STORY**

# EPROCTORING IS GLORIFIED SPYWARE

Surveillance companies know that their services schools are desperate for a solution to online testing. But experts warn that these spyware-like technologies place students in danger and increase systemic inequality in education. Proctoring apps say they monitor students completing tests or other coursework from home—but what they actually do is:

| 1 | Invade students' privacy |
|---|---|
| 2 | Compromise the security of student's personal information and devices |
| 3 | Disproportionately harm Black and Brown students, students with disabilities, and low income students |
| 4 | Force young people to compromise their biometric and other personal information in order to get an education. |

This is an abuse of the concept of consent and risks desensitizing people to surveillance. Eproctoring also treats students as if they are guilty until proven innocent, which is a concerning and disrespectful stance for any academic institution to take.

These surveillance tools are inappropriate, period. But they are also harming some groups more than others. Products that include facial detection, recognition, or monitoring demonstrate systemic bias against students of color, particularly Black students. There have been [numerous accounts](#) of students of color being forced to [shine lights](#) directly in their face in order to be recognized by the software, and this undoubtedly impacts testing performance. And low income students might not have high-speed internet or functioning computers to use to take these exams.

The eye tracking used by eproctoring services flag "too much movement" compared to a baseless expectation by the algorithm. There are numerous medical conditions that could be responsible for this behavior. Further, frequent eye movement can easily be attributed to anxiety, learning differences, and/or neurodivergences like [ADHD](#) or [autism](#). Students with disabilities could get flagged for ["suspicious" movements](#) or experience [increased anxiety](#) in test-taking due to these monitoring measures. And there is plenty of data that indicates that testing anxiety [negatively impacts](#) performance, with eproctoring [in particular](#) associated with anxiety.

In August 2020, sensitive personal data of over 400,000 students [leaked from ProctorU](#). Proctorio is [threatening students](#) and [suing administrators](#) who critique or expose their flawed and invasive features. ProctorU sent [a cease and

desist letter to a staff member who opposed its implementation. These companies are being pushed into schools by large educational publishing houses, who are also seeking to profit off the normalization of inappropriate mass surveillance. All these actions have made students afraid to express their valid concerns about these apps.

Eproctoring companies are facing numerous lawsuits for compromising user data and misleading students about data collection practices, especially biometric data collection like face, voice, and fingerprints. There are also students who are suing their academic institutions for forcing them to use what amounts to glorified spyware in order to complete their classes.

With eproctoring, algorithmic and human biases compound to create situations where the most marginalized and least represented students are at the highest risk of being accused of academic dishonesty. These accusations can have major consequences with limited recourse, and it places an undue and unnecessary burden on students. Recognizing these dangers, some campuses are discontinuing or strongly discouraging the use of eproctoring, including University of Michigan Dearborn, University of Southern California, and University of British Columbia.

Schools should not be using eproctoring. Surveillance tools treat students as if they are guilty until proven innocent, and won't actually stop students who are committed to cheating. Professors can choose alternative ways to assess student performance without using invasive surveillance, and schools must end any existing contracts with remote proctoring providers and ban this technology from their campuses.

# RESOURCES ON EPROCTORING

EFF:
Proctoring Apps Subject Students to Unnecessary Surveillance

FORBES:
Are Schools Forcing Students To Install Spyware That Invades Their Privacy As A Result Of The Coronavirus Lockdown?

NEW YORK TIMES:
Keeping Online Testing Honest? Or an Orwellian Overreach?

WASHINGTON POST:
Cheating-detection companies made millions during the pandemic. Now students are fighting back.

VICE:
Privacy Group Asks for Investigation Into Software That Spies on Students

EFF:
EFF Sues Proctorio on Behalf of Student It Falsely Accused of Copyright Infringement to Get Critical Tweets Taken Down

TEEN VOGUE:
Exam Surveillance Tools Monitor, Record Students During Tests

CENTER FOR DEMOCRACY & TECHNOLOGY:
How Automated Test Proctoring Software Discriminates Against Disabled Students

Built by:



For press inquiries, please contact us at:

(508) 474-5248 or press@fightforthefuture.org

All other inquiries, contact team@fightforthefuture.org