# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**ERIK JOHNSON,**

    *Plaintiff/Counterdefendant,*

    v.

**PROCTORIO INC.,**

    *Defendant/Counterclaimant.*

Case No. _____
U.S. District Court for the District of Massachusetts

Case No. 2:21-cv-00691-DLR
U.S. District Court for the District of Arizona

## DECLARATION OF MARIA CRIMI SPETH

I, Maria Crimi Speth, hereby declare:

1. My name is Maria Crimi Speth. I am an attorney admitted to practice in the states of New York and Arizona. I currently practice law at Jaburg Wilk, a law firm having its principal place of business at 3200 North Central Avenue, Suite 2000, Phoenix, AZ 85012. The statements in this Declaration are based on my personal experience and knowledge.

2. I represent Fight for the Future ("FFTF"), a 501(c)(4) nonprofit located in Massachusetts.

3. On April 21, 2021, Erik Johnson ("Johnson") filed a complaint for declaratory judgment against Proctorio, Inc. ("Proctorio") in the United States District Court for the District of Arizona ("the Arizona Litigation"), case number 2:21-cv-00691-DLR (Exhibit MCS-A).

4. On July 2, 2021, Proctorio filed an answer and counterclaims against Johnson and on September 7, 2021, filed its Answer to Plaintiff's Complaint & First Amended Counterclaims (with Jury Demand) (the "Counterclaim") (Exhibit MCS-B).

5. Exhibit F to the Counterclaim is screenshots of two tweets posted on the Twitter platform by FFTF and a FFTF employee, respectively.

6. Exhibit G to the Counterclaim is a screenshot of a website titled "Proctorio is Worse Than a Proctology Exam," which is maintained by FFTF.

7. On November 30, 2021, Proctorio served FFTF, a non-party to the Arizona Litigation, with a subpoena dated November 23, 2021 ("the Subpoena") (Exhibit MCS-C). The Subpoena demanded production of all documents and communications in five categories:

    (1) between FFTF and Johnson;

    (2) between FFTF and the Electronic Frontier Foundation ("EFF");

    (3) between FFTF and Ian Linkletter ("Linkletter");

    (4) related to the proctoring software industry; and

    (5) related to Proctorio.

8. On December 3, 2021, attorney Dan Booth, counsel for FFTF in Massachusetts, served FFTF's objections to the Subpoena on Proctorio's counsel (Exhibit MCS-D).

9. On January 12, 2022, I received Proctorio's response to FFTF's objections to the Subpoena (Exhibit MCS-E). Proctorio agreed to limit the scope of the Subpoena to all documents and communications related to Proctorio and the proctoring software industry, excluding privileged or publicly available materials, dating from January 1, 2018, to the present.

10. On February 3, 2022, I responded to Proctorio (Exhibit MCS-F). Per Request (1), FFTF produced all documents and communications between FFTF and Johnson in its possession, excluding privileged or publicly available materials, from January 1, 2018, to present. FFTF reiterated its objections to the Requests (2) through (5).

11. On February 4, 2022, I received an email from Proctorio's counsel offering to further limit the scope of the Subpoena by dropping requests (2) through (4) and making Request (5) Attorneys Eyes Only (Exhibit MCS-G).

12. Between February 7, 2022 and February 11, 2022, I engaged in further communication with Proctorio in an attempt to resolve the scope of the Subpoena but was unable to reach a resolution (Exhibit MCS-H).

13. On February 18, 2022, I had a video conference meeting with Proctorio's counsel during which we made a good faith attempt to resolve this dispute but were unable to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2022

Respectfully submitted,

/s/ *Maria Crimi Speth*

MARIA CRIMI SPETH
*Honorific/Pronouns: Ms., she/her/hers*