**Exhibit MCS-F to Declaration of Maria Crimi Speth**

**From:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Sent:** Thursday, February 3, 2022 3:21 PM
**To:** Canter, Jacob <JCanter@crowell.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>; cara@eff.org; zhao@eff.org
**Subject:** RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

External Email

Jacob:

Please see attached and please note that I am copying Plaintiff's counsel on this email.

**JABURG WILK**
LAW FIRM

**Maria Crimi Speth** | SHAREHOLDER
Direct 602.248.1089 | mcs@jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.



3200 N. Central Avenue, 20th Floor, Phoenix, AZ 85012

jaburgwilk.com

**Maria Crimi Speth**

mcs@jaburgwilk.com
602.248.1089 - Direct Phone
602.248.0522 - Main Fax

February 3, 2022

Via Email: JCanter@crowell.com

Jacob Canter
Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, California  94111

     Re:    Erik Johnson v. Proctorio, Inc.
              Case No.:  2:21-cv-00691-DLR

Dear Jacob:

     On behalf of Fight for the Future ("FFTF"), I am responding to your letter of January 12, 2022. I have reviewed the attachments to your letter, including the complaint and counterclaim in the above-referenced case.

     In your letter, you accuse Mr. Johnson of destruction of evidence and point to the use of the Signal messaging application, claiming that use of Signal justifies your onerous requests to my client, who is not a party to the litigation. The Signal messing app is built with privacy by design and is commonly used by activists, journalists, and many millions of people worldwide to protect privacy. The app was used prior to any litigation or claim of litigation. Also, because the Signal messaging "disappearing messages" feature doesn't save messages, neither party has access to the messages. Therefore, FFTF does not have any Signal messages that Mr. Johnson does not have. Moreover, the emails reflect that the Signal messages between FFTF and Mr. Johnson were "unrelated to remote proctoring."

     The following is FFTF's position with respect to each of the discovery requests.

     Request No. 1: All documents and communications between Fight for the Future and Plaintiff relating to Defendant and the proctoring software industry, excluding any privileged or publicly available materials, from January 1, 2018, to the present.

     We are producing a copy of emails between Erik Johnson and representatives of FFTF marked as Bates numbers FFTF 001- FFTF 009.

Jacob Canter
Crowell & Moring LLP
February 3, 2022
Page 2

Request No. 2: ALL DOCUMENTS AND COMMUNICATIONS between FIGHT FOR THE FUTURE and EFF RELATING TO DEFENDANT and the PROCTORING SOFTWARE INDUSTRY, excluding any privileged or publicly available materials, from January 1, 2018, to the present.

We maintain our objections to this request. What you have provided only serves to illustrate the lack of relevance to the case in which the subpoena was issued.

Request No. 3: ALL DOCUMENTS AND COMMUNICATIONS between FIGHT FOR THE FUTURE and LINKLETTER RELATING TO DEFENDANT and the PROCTORING SOFTWARE INDUSTRY, excluding any privileged or publicly available materials, from January 1, 2018, to the present.

We maintain our objections to this request. What you have provided only serves to illustrate the lack of relevance to the case in which the subpoena was issued.

Request No. 4: ALL DOCUMENTS AND COMMUNICATIONS RELATED TO the PROCTORING SOFTWARE INDUSTRY, excluding any privileged or publicly available materials, from January 1, 2018, to the present.

We maintain our objections to this incredibly broad request that far exceeds the needs of the case.

Request No. 5: ALL DOCUMENTS AND COMMUNICATIONS RELATED TO DEFENDANT, excluding any privileged or publicly available materials, from January 1, 2018, to the present.

We maintain our objections to this request which is unrelated to Erik Johnson and appears to be calculated to use the Johnson litigation to infiltrate the FFTF organization.

In summary, FFTF's mission is to defend basic individual rights and the breadth of your subpoena attempts to trounce on that mission and those rights. FFTF will not be intimidated to steer away from its mission.

Sincerely,

**JABURG & WILK, P.C.**

Maria Crimi Speth