**Exhibit MCS-H to Declaration of Maria Crimi Speth**

**Maria Crimi Speth**

| | |
|---|---|
| **From:** | Maria Crimi Speth <mcs@jaburgwilk.com> |
| **Sent:** | Friday, February 11, 2022 10:49 AM |
| **To:** | Canter, Jacob |
| **Cc:** | Kingsolver, Justin; Ramsey, Gabriel; Pham, Kyle; Tenenbaum, Elissa; cara@eff.org; zhao@eff.org |
| **Subject:** | RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection |

Jacob:

Of those options, February 18 is the best for me.  How about 1:00 pm pacific time?



**Maria Crimi Speth** | SHAREHOLDER
Direct 602.248.1089 | mcs@jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

**From:** Canter, Jacob <JCanter@crowell.com>
**Sent:** Wednesday, February 9, 2022 10:56 PM
**To:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>; cara@eff.org; zhao@eff.org
**Subject:** RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

Caution! This message was sent from outside your organization.    Allow sender | Block sender

Maria,

It is difficult to respond to your objections when they keep changing.  Nonetheless, Proctorio disagrees.  Request No. 5 seeks relevant documents that are proportional to the needs of the case.  As part of this dispute, Proctorio alleges that Mr. Johnson has taken intentional steps to destroy Proctorio's reputation and injure its market position.  Proctorio also alleges that Mr. Johnson entered this litigation with unclean hands, potentially with the intent to use the legal system as a means to unjustifiably harass and disrupt the company's productive activities.  We also know, based off of documents produced in this litigation, that Mr. Johnson has communicated with leadership at FFTF about Proctorio.  And these communications are related to the very sorts of inequitable and disruptive acts that we are concerned about.

Moreover, Proctorio has already narrowed the scope of Request No. 5.  Proctorio has agreed to receive these documents on an AEO basis.  And Proctorio has agreed to withdraw its request nos. 2-4, despite the fact that we contend these requests seek responsive communications as well.  In contrast, your client has refused to engage in a

productive conferral process – delaying responses, providing inconsistent responses, and refusing to offer productive alternatives.

Proctorio is prepared to file a motion to compel FFTF's production of documents in the Massachusetts Federal District Court.  Pursuant to D. Mass. Local Rule 37.1(c), please let us know whether you are available on any of the following dates/times for a conferral: February 16 b/w 9:30-12:30 PT; February 17 at any time after 10 PT; February 18 at any time after 11 PT.

Kind regards,

**Jacob Canter**
Pronouns: he/him/his
Crowell & Moring LLP
jcanter@crowell.com
+1.415.365.7210 direct   |   +1.415.385.3716 mobile

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

**From:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Sent:** Monday, February 7, 2022 3:59 PM
**To:** Canter, Jacob <JCanter@crowell.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>; cara@eff.org; zhao@eff.org
**Subject:** RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

External Email

Jacob:

 The documents produced are all the communications with Erik Johnson that my client was able to locate. We do not believe there are any other responsive documents in our possession.

 With respect to request number 5,  my letter made clear that we maintained all of the objections previously made (in the December 3, 2021 objection).  Therefore, it is not accurate to say that we have a "sole objection."

 We disagree that Proctorio can force a non-profit, non-party, activist group to produce all documents in its possession related to Proctorio.   Except with respect to the communications with Mr. Johnson, those documents are not relevant to the claims in your litigation and certainly not proportional to the needs of the case.  There is no justification to force Fight for the Future to devote substantial hours to searching for voluminous responsive documents that are unrelated to Proctorio's case against Mr. Johnson or his defense.

 In summary, we maintain our objection to request number 5.

**J A B U R G   W I L K**
L A W   F I R M

**Maria Crimi Speth** | SHAREHOLDER
Direct 602.248.1089 | mcs@jaburgwilk.com