UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ERIK JOHNSON,**<br><br>*Plaintiff/Counterdefendant*,<br><br>v.<br><br>**PROCTORIO INC.,**<br><br>*Defendant/Counterclaimant*. | Case No. _____<br>U.S. District Court for the District of Massachusetts<br><br>Case No. 2:21-cv-00691-DLR<br>U.S. District Court for the District of Arizona |

**FIGHT FOR THE FUTURE'S RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Fight for the Future hereby certifies that it is a non-profit corporation, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: February 18, 2022

Respectfully submitted,

FIGHT FOR THE FUTURE

*By its attorney*

/s/ Kendra K. Albert

Kendra K. Albert (BBO No. 705086)
   *Honorific/Pronouns: Mx., they/them/theirs*
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Ave, 4th Floor
Cambridge, MA 02138

Tel: 617-384-9125
Fax: 617-812-3050
Email: kalbert@law.harvard.edu