# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**ERIK JOHNSON,**

       *Plaintiff/Counterdefendant*,

       v.

**PROCTORIO INC.,**

       *Defendant/Counterclaimant*.

Case No. 1:22-mc-91079
U.S. District Court for the District of Massachusetts

Case No. 2:21-cv-00691-DLR
U.S. District Court for the District of Arizona

## CERTIFICATE OF SERVICE

Pursuant to D. Mass. Local Rule 5.2, I hereby certify that on February 19, 2022, I served

a copy of the following documents on counsel for Defendant/Counterclaimant Proctorio, Inc. by

mail to **Crowell & Moring LLP, 3 Embarcadero Ctr., 26th Floor, San Francisco, CA 94111**:

- *Fight for the Future's Motion to Quash or Modify Third-Party Subpoena to Produce Documents* (Docket No. 1)

- *Memorandum of Law in Support of Motion to Quash or Modify Subpoena and Supporting Declarations and Exhibits* (Docket No. 2)

- *Fight for the Future's Corporate Disclosure Statement* (Docket No. 3)

Dated: February 19, 2022

/s/ Mason A. Kortz

Mason A. Kortz
    *Honorific/Pronouns: Mr., he/him or they/them*