## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Erik Johnson, an individual,<br><br>        Plaintiff,<br>v.<br><br>Proctorio, Inc., a Delaware corporation,<br><br>        Defendant.<br><hr><br>Proctorio, Inc., a Delaware corporation,<br><br>        Counterclaimant,<br>v.<br><br>Erik Johnson, an individual,<br><br>        Counterdefendant. | Case No. 1:22-mc-91079<br>U.S. District Court for the District of Massachusetts<br><br>Case No. 2:21-cv-00691-DLR<br>U.S. District Court for the District of Arizona |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Harry Cohen of Crowell & Moring LLP, 590 Madison Avenue, New York, NY 10022, as counsel for the Defendant Proctorio, Inc.

DATED: March 4, 2022     `     Respectfully submitted,

        By Its Attorneys

*/s/ Harry Cohen*
Harry Cohen (BBO No. 089150)
hcohen@crowell.com
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

## CERTIFICATE OF SERVICE

      I, Harry Cohen, hereby certify that on March 4, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Harry Cohen*
                                              Harry Cohen (BBO No. 089150)