# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Erik Johnson, an individual,<br><br>        Plaintiff,<br>v.<br><br>Proctorio, Inc., a Delaware corporation,<br><br>        Defendant.<br>―――――――――――――――――――<br>Proctorio, Inc., a Delaware corporation,<br><br>        Counterclaimant,<br>v.<br><br>Erik Johnson, an individual,<br><br>        Counterdefendant. | Case No. 1:22-mc-91079<br>U.S. District Court for the District of Massachusetts<br><br>Case No. 2:21-cv-00691-DLR<br>U.S. District Court for the District of Arizona |

**DECLARATION OF HARRY COHEN IN SUPPORT OF
DEFENDANT PROCTORIO, INC.'S
<u>MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC
VICE*</u>**

I, Harry Cohen, under oath do hereby depose and state as follows:

1. I am a Partner with the law firm Crowell & Moring LLP. I am counsel of record for the Defendant, Proctorio, Inc. ("Defendant" or "Proctorio").

2. I am a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am a member in good standing of every jurisdiction to which I have been admitted to practice. I have never been denied admission to the courts of any state or in any federal court to which I have applied.

3. Gabriel M. Ramsey is a Partner in the San Francisco, CA office of Crowell & Moring LLP, with an office located at 3 Embarcadero Center, San Francisco, CA 94111. Mr.

1

Ramsey is a member in good standing and admitted to the Bar of the District of Columbia, the Bar of the state of California, the U.S. District Court of the Northern District of California, the U.S. District Court of the Southern District of California, and the U.S. District Court of Colorado.

4. As set forth in Mr. Ramsey's accompanying Declaration, he states that he is not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against him in any state or federal court. *See* Declaration of Gabriel M. Ramsey in support of his admission *pro hac vice*, attached as **Exhibit B** to Defendant's Motion to Permit Counsel to Appear *Pro Hac Vice*.

5. Mr. Ramsey informs me that he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. Mr. Ramsey has not been previously admitted *pro hac vice* before the United States District Court for the District of Massachusetts.

7. Filing fee payment of $100.00 is submitted through CM/ECF.

Signed under the pains and penalties of perjury on March 4, 2022.

*/s/ Harry Cohen*
Harry Cohen (BBO No. 089150)