# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Erik Johnson, an individual,

               Plaintiff,

v.

Proctorio, Inc., a Delaware corporation,

               Defendant.

_____

Proctorio, Inc., a Delaware corporation,

               Counterclaimant,

v.

Erik Johnson, an individual,

               Counterdefendant.

Case No. 1:22-mc-91079
U.S. District Court for the District of Massachusetts

Case No. 2:21-cv-00691-DLR
U.S. District Court for the District of Arizona

**DECLARATION OF HARRY COHEN IN SUPPORT OF**
**DEFENDANT PROCTORIO, INC.'S**
**MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC***
***VICE***

I, Harry Cohen, under oath do hereby depose and state as follows:

1.     I am a Partner with the law firm Crowell & Moring LLP. I am counsel of record for the Defendant, Proctorio, Inc. ("Defendant" or "Proctorio").

2.     I am a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am a member in good standing of every jurisdiction to which I have been admitted to practice. I have never been denied admission to the courts of any state or in any federal court to which I have applied.

3.     Justin D. Kingsolver is Counsel in the Washington, DC office of Crowell & Moring LLP, with an office located at 1001 Pennsylvania Avenue NW, Washington, DC 20004.

1

Mr. Kingsolver is a member in good standing and admitted to the Bar of the District of Columbia, the Bar of the state of Arizona, the Bar of the state of Illinois, the U.S. District Court of the Northern District of Illinois, the U.S. District Court of the District of Columbia, and the U.S. District Court of Arizona.

4.      As set forth in Mr. Kingsolver's accompanying Declaration, he states that he is not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against him in any state or federal court. *See* Declaration of Justin D. Kingsolver in support of his admission *pro hac vice*, attached as **Exhibit B** to Defendant's Motion to Permit Counsel to Appear *Pro Hac Vice*.

5.      Mr. Kingsolver informs me that he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6.      Mr. Kingsolver has not been previously admitted *pro hac vice* before the United States District Court for the District of Massachusetts.

7.      Filing fee payment of $100.00 is submitted through CM/ECF.

Signed under the pains and penalties of perjury on March 4, 2022.


*/s/ Harry Cohen*
Harry Cohen (BBO No. 089150)