## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Erik Johnson, an individual, <br><br>        Plaintiff, <br>v. <br><br>Proctorio, Inc., a Delaware corporation, <br><br>        Defendant. <br><hr> Proctorio, Inc., a Delaware corporation, <br><br>        Counterclaimant, <br>v. <br><br>Erik Johnson, an individual, <br><br>        Counterdefendant. | Case No. 1:22-mc-91079 <br>U.S. District Court for the District of Massachusetts <br><br>Case No. 2:21-cv-00691-DLR <br>U.S. District Court for the District of Arizona |

### DEFENDANT PROCTORIO, INC.'S MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Defendant, Proctorio, Inc. ("Defendant" or "Proctorio"), by its counsel Harry Cohen, a member of the bar of the Commonwealth of Massachusetts and Partner with the firm Crowell & Moring LLP, hereby moves for the admission of Justin D. Kingsolver, *pro hac vice,* to the bar of this Court.

In support of this Motion, attached as **Exhibit A** is the Declaration of Harry Cohen in support of Defendant Proctorio's Motion to Permit Counsel to Appear *Pro Hac Vice.* Attached as **Exhibit B** is the Declaration of Justin D. Kingsolver. As detailed in the attached Declaration, Mr. Kingsolver (1) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar of any jurisdiction; (3) he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct, and (4) he is

familiar with the Local Rules governing the United States District Court for the District of Massachusetts. In addition, the required fee for Mr. Kingsolver will be paid consistent with the requirements of the Court.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and permit Justin D. Kingsover to appear *pro hac vice* as counsel for Proctorio.

DATED:  March 4, 2022 `                        Respectfully submitted,

By Its Attorneys

*/s/ Harry Cohen*
Harry Cohen (BBO No. 089150)
hcohen@crowell.com
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

**CERTIFICATE OF SERVICE**

      I, Harry Cohen, hereby certify that on March 4, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                             */s/ Harry Cohen*
                                                             Harry Cohen (BBO No. 089150)