# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Erik Johnson, an individual,

        Plaintiff,

v.

Proctorio, Inc., a Delaware corporation,

        Defendant.

_____

Proctorio, Inc., a Delaware corporation,

        Counterclaimant,

v.

Erik Johnson, an individual,

        Counterdefendant.

Case No. 1:22-mc-91079
U.S. District Court for the District of Massachusetts

Case No. 2:21-cv-00691-DLR
U.S. District Court for the District of Arizona

## <u>DECLARATION OF JUSTIN D. KINGSOLVER</u>

I, Justin D. Kingsolver, under oath do hereby depose and state as follows:

1.      I am submitting this declaration in support of the accompanying Defendant, Proctorio, Inc.'s ("Defendant" or "Proctorio") Motion to Permit Counsel to Appear *Pro Hac Vice*, pursuant to which I am seeking to be admitted as co-counsel for Defendant Proctorio.

2.      I am Counsel at the District of Columbia office of Crowell & Moring LLP, with an office located at 1001 Pennsylvania Avenue NW, Washington, D.C. 20004.

3.      I am in good standing and admitted to the Bar of the District of Columbia, the Bar of the state of Arizona, the Bar of the state of Illinois, the U.S. District Court of the Northern District of Illinois, the U.S. District Court of the District of Columbia, and the U.S. District Court of Arizona.

4.      To my knowledge, there are no disciplinary proceedings pending against me as a member of a bar in any jurisdiction.

1

5.     I have never been the subject of disciplinary proceedings in any jurisdiction in which I have been admitted.

6.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury on March 4, 2022.


/s/ *Justin D. Kingsolver*
Justin D. Kingsolver