## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Erik Johnson, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Proctorio, Inc., a Delaware corporation,<br><br>　　　　　Defendant.<br>――――――――――――――<br>Proctorio, Inc., a Delaware corporation,<br><br>　　　　　Counterclaimant,<br>v.<br><br>Erik Johnson, an individual,<br><br>　　　　　Counterdefendant. | Case No. Case No. 1:22-mc-91079<br>U.S. District Court for the District of Massachusetts<br><br><br>**PROCTORIO INC.'S MOTION TO<br>FILE DOCUMENTS UNDER SEAL** |

Pursuant to Local Rule 7.2, Defendant Proctorio, Inc. ("Proctorio") hereby moves to file the documents produced by Fight for the Future ("FFTF") under seal as an exhibit to its Memorandum in Opposition of Fight for the Future's Motion to Quash or Modify Subpoena and the Declaration of Jacob Canter ("Canter Declaration"). The documents, marked as Exhibit JC-L, involve email exchanges between Plaintiff Erik Johnson ("Johnson") and FFTF that are responsive to Request for Production No. 1 ("RFP No. 1"). When responding to RFP No. 1, FFTF stated that all documents in its possession that are responsive to RFP No. 1. had been produced. *See* Canter Decl. ¶ 5; Ex. JC-1. After identifying a communication between Johnson and FFTF that was produced by Johnson but not by FFTF, Counsel for Proctorio informed FFTF that their response to RFP No. 1 appeared incomplete and provided information to help FFTF identify the missing communications. FFTF then produced the communications shown in Exhibit JC-L with a confidentiality designation. *See* Canter Decl. ¶¶ 7-11; Ex. JC-3.

As grounds for filing under seal, Proctorio states that the exhibit encompasses

1

confidential documents produced by Johnson in discovery.  Johnson has designated these documents as confidential, so Proctorio seeks to comply with that designation in filing this motion. Proctorio requests that the documents subject to this motion be sealed until further order of the Court.

WHEREFORE, Proctorio respectfully requests that the Court grant this motion and allow Exhibit JC-L to be filed under seal and to be viewed only by the Judge, her clerk(s), and Court personnel in conjunction with Proctorio's memorandum and the Canter Declaration.

Dated: March 7, 2022

Respectfully Submitted,

*/s/ Harry P. Cohen*
Harry P. Cohen (MA Bar No. 089150)
HCohen@crowell.com
CROWELL & MORING LLP
590 Madison Ave. #20
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Justin D. Kingsolver (AZ Bar No.035476)*
JKingsolver@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Gabriel M. Ramsey (CA Bar No. 209218)*
Jacob Canter (CA Bar No. 324330)*
GRamsey@crowell.com
JCanter@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th FloorSan
Francisco, CA 94111 Telephone: (415)
986-2800
Facsimile: (415) 986-2827

*\* Pro Hac Vice Pending*

*Attorneys for Defendant Proctorio, Inc.*

2

## **LOCAL RULES 7.1 and 37.1 CERTIFICATION**

In accordance with Local Rule 7.1(a) and Local Rule 37.1(a), I hereby certify that

Proctorio has conferred with FFTF in a good faith attempt to narrow or resolve the issues in

dispute.  FFTF was made aware of this motion before it was filed, and takes no position with

respect to the relief requested.

*/s/ Harry P. Cohen*
Harry P. Cohen (BBO No. 089150)

## <u>CERTIFICATE OF SERVICE</u>

I, Harry P. Cohen, hereby certify that on March 7, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Noticeof Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


*/s/ Harry P. Cohen*
Harry P. Cohen (BBO No. 089150)