# Exhibit JC-D



Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109 USA
415.436.9333
eff.org

November 29, 2021

Jacob Canter
3 Embarcadero Center, 26th Fl.
San Francisco, CA 94111
JCanter@crowell.com
*Via E-Mail*

RE: Erik Johnson v. Proctorio, Inc., Case No. 2:21-cv-00691-DLR

Dear Mr. Canter,

In the course of preparing documents and ESI for production in response to Defendant Proctorio, Inc.'s requests for production, we learned that some of Plaintiff Erik Johnson's communications through the Signal messaging application ("Signal") were irretrievably deleted by Signal's "disappearing messages" feature.

Disappearing Messages is a default feature of the Signal app. Mr. Johnson has used this feature for as long as he has used the ap. As a result, Mr. Johnson's communications were automatically deleted from his devices one day after being sent or read. Before this litigation was contemplated, as part of his regular practice as a privacy-conscious technology user, Mr. Johnson also deleted the data stored on his smartphone (but not data also stored on a server) approximately every six months. This practice, too, led to the deletion of some Signal messages from Mr. Johnson's smartphone.

In approximately September 2020, Mr. Johnson turned the Disappearing Messages feature off for two specific conversations: a group chat with his classmate Akash Satheesan and Bill Fitzgerald, a reporter from Consumer Reports; and a chat with Mr. Satheesan, Mr. Fitzgerald, and an attorney retained by Mr. Fitzgerald, several weeks later. However, Mr. Johnson deleted these messages in approximately January 2021 when he engaged in his regular practice of deleting data stored on his smartphone.

Mr. Johnson took steps to preserve relevant documents and ESI under the supervision of counsel when he began contemplating filing this lawsuit. However, he did not change the Disappearing Messages default in Signal at that time. Mr. Johnson disabled the Disappearing Messages feature entirely on October 6, 2021 and has since taken

Jacob Canter
November 29, 2021
Page 2 of 4

additional steps to preserve the Signal messages remaining in his possession and control. He has also suspended his practice of regularly deleting data from his smartphone.

Based on Mr. Johnson's recollection and information from his Signal account, Mr. Johnson sent or received messages over Signal with the following people where the content of such messages may have been responsive to any of Proctorio's document requests:

| Name | Relationship | Approx. dates of communication | Subject of communications |
|---|---|---|---|
| Akash Satheesan | Friend from Miami University | August 2020- November 2021 | Proctorio, ProctorTrack |
| Ash | Friend | Unknown- November 2021 | Proctorio |
| Bill Fitzgerald | Consumer Reports | September 2020- November 2021 | ProctorTrack, Proctorio |
| Chris Gilliard | Professor | October 2020- November 2021 | Proctorio |
| Dominic Fitch-Jones | Friend | Unknown- November 2021 | Proctorio |
| Drew Harwell | Journalist, Washington Post | September 2020- November 2021 | Proctorio; security research unrelated to proctoring |
| Gabriel Geiger | Journalist | March 2021- November 2021 | Unknown |
| Ian Linkletter | University of British Columbia | August 2020- November 2021 | Proctorio |
| Jack Liebowitz | Friend at Miami University | October 2021- November 2021 | Proctorio |
| Jackson Zorc | Friend | October 2021- November 2021 | Proctorio |
| Jake Gruentzel | Friend | Unknown- November 2021 | Proctorio |

Jacob Canter
November 29, 2021
Page 3 of 4

|  |  |  |  |
|---|---|---|---|
| Jane Manchun-Wong | Friend | January 2019-November 2021 | Proctorio |
| Joe Martinez | Friend | Unknown-November 2021 | Proctorio |
| Josh Constine | Journalist | September 2019 | Security Research unrelated to proctoring |
| Lia Holland | Fight for the Future | Unknown | Proctorio |
| Lindsay Oliver | EFF | September 2020 | Initial contact seeking legal advice. |
| Lukas Murdock | Friend at Miami University | August 2021-November 2021 | Proctorio |
| MJ Banias | Journalist | April 2021-November 2021 | Proctorio |
| Monica Chin | Journalist | October 2020-November 2021 | Proctorio |
| Nick Perry | Friend at Miami University | April 2021-November 2021 | Proctorio |
| Rebecca Heilweil | Journalist | October 2021-November 2021 | Unknown |
| Ryan Mac | Journalist | January 2019-November 2021 | Proctorio |
| Sven | Friend at Miami University | January 2021-November 2021 | Proctorio |
| Tawnell Hobbs | Journalist, Wall Street Journal | March 2021-November 2021 | Proctorio |
| Thomas Germain | Journalist, Consumer Reports | October 2020-November 2021 | ProctorTrack |
| Todd Feathers | Journalist, VICE | October 2020-November 2021 | Proctoring Software, Proctorio |

Jacob Canter
November 29, 2021
Page 4 of 4

| Tyler Sonnemaker | Journalist, Business Insider | September 2020- November 2021 | Proctoring Software |
|---|---|---|---|

      Mr. Johnson will, as stated in his Responses to Proctorio's Requests for Production, produce Signal messages that are nonprivileged and responsive to Proctorio's requests to the extent such messages are in his possession, custody, or control. This includes any deleted messages that he is able to recover, if any.

      Best regards,

      Mitch Stoltz
      Senior Staff Attorney
      Electronic Frontier Foundation