# Exhibit JC-H

| | |
|---|---|
| **From:** | Canter, Jacob |
| **Sent:** | Friday, February 4, 2022 1:02 PM |
| **To:** | Maria Crimi Speth |
| **Cc:** | Kingsolver, Justin; Ramsey, Gabriel; Pham, Kyle; Tenenbaum, Elissa; cara@eff.org; zhao@eff.org |
| **Subject:** | RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection |

Maria:

We have reviewed your letter and have the following questions/comments:

First, your client produced nine pages in response to Request No. 1.  Please confirm whether this is your client's complete production of documents in response to Request No. 1, or if we should expect additional documents responsive to this request.

Second, as we explained in our January 12, 2022, letter, the purpose of Request No. 5 is to seek relevant materials for the present litigation.  Your conclusory argument does not dispute that documents responsive to Request No. 5 are relevant.  It also does not dispute (as we already explained) that Proctorio and its counsel are obligated under Court Order to only use these documents for purposes of the present litigation.  So, we vehemently disagree with your objection and consider it improper.  In any event, in order to efficiently address your objection, Proctorio agrees that FFTF may produce all documents responsive to Request No. 5 as Attorneys Eyes Only.  As this addresses your sole objection to Request No. 5, please confirm that FFTF will produce all documents in its possession, custody, or control that are responsive to this request.

Finally, in order to expedite your client's production of documents responsive to Request No. 5, Proctorio would agree to drop Request Nos. 2-4.

We ask that you please provide your response to this email no later than **Tuesday, February 8**, so that Proctorio may assess whether motions practice will be necessary.

**Jacob Canter**
Pronouns: he/him/his
Crowell & Moring LLP
jcanter@crowell.com
+1.415.365.7210 direct  |  +1.415.385.3716 mobile

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.