# Exhibit JC-I

| | |
|---|---|
| **From:** | Maria Crimi Speth <mcs@jaburgwilk.com> |
| **Sent:** | Monday, February 7, 2022 3:59 PM |
| **To:** | Canter, Jacob |
| **Cc:** | Kingsolver, Justin; Ramsey, Gabriel; Pham, Kyle; Tenenbaum, Elissa; cara@eff.org; zhao@eff.org |
| **Subject:** | RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection |

External Email

Jacob:

The documents produced are all the communications with Erik Johnson that my client was able to locate. We do not believe there are any other responsive documents in our possession.

With respect to request number 5, my letter made clear that we maintained all of the objections previously made (in the December 3, 2021 objection). Therefore, it is not accurate to say that we have a "sole objection."

We disagree that Proctorio can force a non-profit, non-party, activist group to produce all documents in its possession related to Proctorio. Except with respect to the communications with Mr. Johnson, those documents are not relevant to the claims in your litigation and certainly not proportional to the needs of the case. There is no justification to force Fight for the Future to devote substantial hours to searching for voluminous responsive documents that are unrelated to Proctorio's case against Mr. Johnson or his defense.

In summary, we maintain our objection to request number 5.

**JABURG WILK**
LAW FIRM

**Maria Crimi Speth** | SHAREHOLDER
Direct 602.248.1089 | mcs@jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.