# Exhibit JC-J

| | |
|---|---|
| **From:** | Maria Crimi Speth <mcs@jaburgwilk.com> |
| **Sent:** | Monday, February 14, 2022 1:01 PM |
| **To:** | Canter, Jacob |
| **Cc:** | Kingsolver, Justin; Ramsey, Gabriel; Pham, Kyle; Tenenbaum, Elissa; cara@eff.org; zhao@eff.org |
| **Subject:** | Re: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection |

External Email

12:30 works for me.

— Maria Crimi Speth, Jaburg Wilk

**From:** Canter, Jacob <JCanter@crowell.com>
**Sent:** Sunday, February 13, 2022 10:18:38 PM
**To:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>; cara@eff.org <cara@eff.org>; zhao@eff.org <zhao@eff.org>
**Subject:** RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

Caution! This message was sent from outside your organization.   Allow sender | Block sender

Maria,

February 18 works for us.  A conflict has unfortunately come up at 1:00 PM, though, so can you do either 12:30 PM PT or 2:00 PM PT?  I can send a zoom line around once you let me know.

Please note, too, that if we are unable to productively resolve our differences at the conferral, Proctorio intends to file the motion to compel shortly thereafter.

Kind regards,

**Jacob Canter**
Pronouns: he/him/his
Crowell & Moring LLP
jcanter@crowell.com
+1.415.365.7210 direct  |  +1.415.385.3716 mobile

**From:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Sent:** Friday, February 11, 2022 12:49 PM
**To:** Canter, Jacob <JCanter@crowell.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>; cara@eff.org; zhao@eff.org
**Subject:** RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

External Email

Jacob:

Of those options, February 18 is the best for me. How about 1:00 pm pacific time?

**JABURG WILK LAW FIRM**

**Maria Crimi Speth** | SHAREHOLDER

Direct 602.248.1089 | mcs@jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

**From:** Canter, Jacob <JCanter@crowell.com>
**Sent:** Wednesday, February 9, 2022 10:56 PM
**To:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>; cara@eff.org; zhao@eff.org
**Subject:** RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

Caution! This message was sent from outside your organization.    Allow sender | Block sender

Maria,

It is difficult to respond to your objections when they keep changing. Nonetheless, Proctorio disagrees. Request No. 5 seeks relevant documents that are proportional to the needs of the case. As part of this dispute, Proctorio alleges that Mr. Johnson has taken intentional steps to destroy Proctorio's reputation and injure its market position. Proctorio also alleges that Mr. Johnson entered this litigation with unclean hands, potentially with the intent to use the legal system as a means to unjustifiably harass and disrupt the company's productive activities. We also know, based off of documents produced in this litigation, that Mr. Johnson has communicated with leadership at FFTF about Proctorio. And these communications are related to the very sorts of inequitable and disruptive acts that we are concerned about.

Moreover, Proctorio has already narrowed the scope of Request No. 5. Proctorio has agreed to receive these documents on an AEO basis. And Proctorio has agreed to withdraw its request nos. 2-4, despite the fact that we contend these requests seek responsive communications as well. In contrast, your client has refused to engage in a productive conferral process – delaying responses, providing inconsistent responses, and refusing to offer productive alternatives.

Proctorio is prepared to file a motion to compel FFTF's production of documents in the Massachusetts Federal District Court. Pursuant to D. Mass. Local Rule 37.1(c), please let us know whether you are available on any of the following dates/times for a conferral: February 16 b/w 9:30-12:30 PT; February 17 at any time after 10 PT; February 18 at any time after 11 PT.

Kind regards,

**Jacob Canter**
Pronouns: he/him/his
Crowell & Moring LLP

jcanter@crowell.com
+1.415.365.7210 direct | +1.415.385.3716 mobile

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

---

**From:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Sent:** Monday, February 7, 2022 3:59 PM
**To:** Canter, Jacob <JCanter@crowell.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>; cara@eff.org; zhao@eff.org
**Subject:** RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

[External Email]

Jacob:

The documents produced are all the communications with Erik Johnson that my client was able to locate. We do not believe there are any other responsive documents in our possession.

With respect to request number 5, my letter made clear that we maintained all of the objections previously made (in the December 3, 2021 objection). Therefore, it is not accurate to say that we have a "sole objection."

We disagree that Proctorio can force a non-profit, non-party, activist group to produce all documents in its possession related to Proctorio. Except with respect to the communications with Mr. Johnson, those documents are not relevant to the claims in your litigation and certainly not proportional to the needs of the case. There is no justification to force Fight for the Future to devote substantial hours to searching for voluminous responsive documents that are unrelated to Proctorio's case against Mr. Johnson or his defense.

In summary, we maintain our objection to request number 5.

**JABURG WILK LAW FIRM**

**Maria Crimi Speth** | SHAREHOLDER
Direct 602.248.1089 | mcs@jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

---

**From:** Canter, Jacob <JCanter@crowell.com>
**Sent:** Friday, February 4, 2022 11:02 AM
**To:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>; cara@eff.org; zhao@eff.org
**Subject:** RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

Caution! This message was sent from outside your organization.   Allow sender | Block sender

Maria:

We have reviewed your letter and have the following questions/comments:

First, your client produced nine pages in response to Request No. 1.  Please confirm whether this is your client's complete production of documents in response to Request No. 1, or if we should expect additional documents responsive to this request.

Second, as we explained in our January 12, 2022, letter, the purpose of Request No. 5 is to seek relevant materials for the present litigation.  Your conclusory argument does not dispute that documents responsive to Request No. 5 are relevant.  It also does not dispute (as we already explained) that Proctorio and its counsel are obligated under Court Order to only use these documents for purposes of the present litigation.  So, we vehemently disagree with your objection and consider it improper.  In any event, in order to efficiently address your objection, Proctorio agrees that FFTF may produce all documents responsive to Request No. 5 as Attorneys Eyes Only.  As this addresses your sole objection to Request No. 5, please confirm that FFTF will produce all documents in its possession, custody, or control that are responsive to this request.

Finally, in order to expedite your client's production of documents responsive to Request No. 5, Proctorio would agree to drop Request Nos. 2-4.

We ask that you please provide your response to this email no later than **Tuesday, February 8**, so that Proctorio may assess whether motions practice will be necessary.


**Jacob Canter**
Pronouns: he/him/his
Crowell & Moring LLP
jcanter@crowell.com
+1.415.365.7210 direct  |  +1.415.385.3716 mobile

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

---

**From:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Sent:** Thursday, February 3, 2022 3:21 PM
**To:** Canter, Jacob <JCanter@crowell.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>; cara@eff.org; zhao@eff.org
**Subject:** RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

External Email

Jacob:

Please see attached and please note that I am copying Plaintiff's counsel on this email.


   **Maria Crimi Speth** | SHAREHOLDER
Direct 602.248.1089 | mcs@jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

**From:** Canter, Jacob <JCanter@crowell.com>
**Sent:** Monday, January 31, 2022 2:55 PM
**To:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>
**Subject:** RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

Caution! This message was sent from outside your organization.   Allow sender | Block sender

Ms. Crimi Speth,

You said that the response would be available last week.  However, we have not received a response.  Could you please let us know on what day we can expect the response?  If your client no longer intends to provide a response, please let us know as soon as possible.

**Jacob Canter**
Pronouns: he/him/his
Crowell & Moring LLP
jcanter@crowell.com
+1.415.365.7210 direct  |  +1.415.385.3716 mobile

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

**From:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Sent:** Tuesday, January 25, 2022 4:56 PM
**To:** Canter, Jacob <JCanter@crowell.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>
**Subject:** RE: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

External Email

Jacob:

I am working on a response and do expect to have it to you this week.

**JABURG WILK** LAW FIRM      **Maria Crimi Speth** | SHAREHOLDER
                             Direct 602.248.1089 | mcs@jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

**From:** Canter, Jacob <JCanter@crowell.com>
**Sent:** Tuesday, January 25, 2022 11:14 AM

**To:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>
**Subject:** FW: Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

Caution! This message was sent from outside your organization.    Allow sender | Block sender

Counsel,

Our January 12 letter requested your client's response by January 21, 2022, but we have not yet heard back from you.  Please confirm your receipt of the letter and let us know when your client intends to provide its response.  We strongly prefer to resolve any disputes about Proctorio's narrowly-tailored document request amicably and without burdening the court, but if we do not hear from you this week, or if your client continues its unqualified refusal to participate in this lawful process, we will have no choice but to seek court intervention.

Kind regards,

Jacob Canter
jcanter@crowell.com
Direct 1.415.365.7210 | Mobile 1.415.385.3716

---

**From:** Canter, Jacob
**Sent:** Wednesday, January 12, 2022 12:23 PM
**To:** mcs@jaburgwilk.com
**Cc:** Kingsolver, Justin <JKingsolver@crowell.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Pham, Kyle <KPham@crowell.com>; Tenenbaum, Elissa <ETenenbaum@crowell.com>
**Subject:** Johnson v. Proctorio, 21 Civ. 691 - Ltr Response re FFTF Subpoena Objection

Ms. Crimi Speth,

Please see attached the correspondence regarding Proctorio, Inc.'s subpoena request to Fight For The Future.  We were informed by Mr. Dan Booth that all correspondence on this matter should be directed to you.

Kind regards,

**Jacob Canter | Crowell & Moring LLP**
3 Embarcadero Center, 26th Floor
T: +1 415-365-7210 | M: +1 415-385-3716
JCanter@crowell.com | www.crowell.com

Admitted in CA and DC