# Exhibit JC-L (Filed Under Seal)