UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ERIK JOHNSON,**<br><br>*Plaintiff/Counterdefendant*,<br><br>v.<br><br>**PROCTORIO INC.,**<br><br>*Defendant/Counterclaimant.* | Case No. 1:22-mc-91079<br>U.S. District Court for the District of Massachusetts<br><br>Case No. 2:21-cv-00691-DLR<br>U.S. District Court for the District of Arizona |

**FIGHT FOR THE FUTURE'S MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO MOTION TO QUASH OR MODIFY DEFENDANT PROCTORIO'S THIRD-PARTY SUBPOENA TO PRODUCE DOCUMENTS**

Fight for the Future ("FFTF") respectfully moves the Court, pursuant to Local Rule 7.1(b)(3), for leave to file a five-page reply to Proctorio, Inc.'s Memorandum in Opposition of Fight for the Future's Motion to Quash or Modify Subpoena (Docket No. 14) ("Opposition Memo."). FFTF has conferred with counsel for Proctorio, which opposes this Motion for Leave to File Reply. If the Court grants this motion, FFTF will file its reply on or before March 14, 2021.

In its Opposition, Proctorio attempts to distinguish *Perry v. Schwarzenegger*, 591 F.3d 1147 (9th Cir. 2010), from this case on novel grounds, *see* Opposition Memo. at 12–13, asserts without support that the documents at issue are relevant, *see id.* at 8–11; and claims that FFTF has not properly articulated the burden of compliance, *see id.* at 14. FFTF seeks leave to file a reply to (i) explain why the *Perry* framework applies to this case and requires a heightened relevance showing, consistent with relevant precedent in this District; (ii) respond to Proctorio's

theory as to the relevance of the requested documents; and (iii) provide the court with additional clarity as to the burden of production on FFTF.

Granting leave to file a reply would not prejudice Proctorio: allowing a reply would not require the rescheduling of any hearing or deadline Proctorio must satisfy.

**WHEREFORE**, for the foregoing reasons, FFTF now respectfully moves the Court for leave to file a reply to Proctorio, Inc.'s Memorandum in Opposition of Fight for the Future's Motion to Quash or Modify Subpoena.

Dated: March 10, 2022

Respectfully submitted,

/s/ Kendra K. Albert
Kendra K. Albert (BBO No. 705086)
  *Honorific/Pronouns: Mx., they/them/theirs*
Mason A. Kortz (BBO No. 691257)
  *Honorific/Pronouns: Mr., he/him or they/them*
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Ave, 4th Floor
Cambridge, MA 02138

Tel: 617-384-9125
Fax: 617-812-3050
Email: kalbert@law.harvard.edu

*Counsel for Fight for the Future*

## CERTIFICATION OF CONFERENCE

Pursuant to D. Mass. Local Rules 7.1(a)(2), I hereby certify that on March 9, 2022, I, counsel for the moving party, conferred with opposing counsel. We were unable to reach agreement, and Proctorio opposes this motion.

Dated: March 10, 2022

/s/ Kendra K. Albert
Kendra K. Albert (BBO No. 705086)
  *Honorific/Pronouns: Mx., they/them/theirs*
Mason A. Kortz (BBO No. 691257)
  *Honorific/Pronouns: Mr., he/him or they/them*
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Ave, 4th Floor
Cambridge, MA 02138

Tel: 617-384-9125
Fax: 617-812-3050
Email: kalbert@law.harvard.edu

*Counsel for Fight for the Future*

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and first-class mail or email copies will be sent to those indicated as non-registered participants, on March 10, 2022.

Dated: March 10, 2022

/s/ Kendra K. Albert
Kendra K. Albert
*Honorific/Pronouns: Mx., they/their/them*