## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Erik Johnson, an individual, <br><br>　　　　　Plaintiff, <br>v. <br><br>Proctorio, Inc., a Delaware corporation, <br><br>　　　　　Defendant. <br><br>--- <br>Proctorio, Inc., a Delaware corporation, <br><br>　　　　　Counterclaimant, <br>v. <br><br>Erik Johnson, an individual, <br><br>　　　　　Counterdefendant. | Case No. Case No. 1:22-mc-91079-DJC <br>U.S. District Court for the District of Massachusetts <br><br>**PROCTORIO INC.'S MOTION FOR CONTINUANCE OF MARCH 16, 2022 HEARING** |

　　　　Pursuant to Local Rule 40.3, Defendant Proctorio, Inc. ("Proctorio") respectfully moves for a two-week continuance of the Court's March 16, 2022 hearing on the Motion to Quash or Modify Subpoena filed by Fight for the Future ("FFTF") (Dkt. No. 17).  Proctorio seeks this continuance because the parties in the underlying litigation are engaged in productive settlement discussions, which, if successful, would obviate the need for the Court to consider or rule on Fight for the Future's motion.  In light of this development, Proctorio believes that a two-week continuance could avoid the potential for the Court to expend valuable judicial resources on what may be a moot issue.  Proctorio has conferred with FFTF, who does not object to the filing of this motion.

　　　　As such, Proctorio respectfully requests that the Court grant a continuance of the hearing until March 30, 2022 – or another similar time at the Court's discretion and convenience – to potentially avoid the needless expense of the Court's resources.

Dated: March 15, 2022                               Respectfully Submitted,

*/s/ Harry P. Cohen*
Harry P. Cohen (MA Bar No. 089150)
HCohen@crowell.com
CROWELL & MORING LLP
590 Madison Ave. #20
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Justin D. Kingsolver (AZ Bar No. 035476)*
JKingsolver@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Gabriel M. Ramsey (CA Bar No. 209218)*
Jacob Canter (CA Bar No. 324330)*
GRamsey@crowell.com
JCanter@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

*\* Pro Hac Vice Pending*

*Attorneys for Defendant Proctorio, Inc.*

## **LOCAL RULES 7.1 and 37.1 CERTIFICATION**

In accordance with Local Rule 7.1(a) and Local Rule 37.1(a), I hereby certify that Proctorio has conferred with FFTF in a good faith attempt to narrow or resolve the issues in dispute. FFTF was made aware of this motion before it was filed, and has no objection to the relief requested.

*/s/ Harry P. Cohen*
Harry P. Cohen (BBO No. 089150)

## **CERTIFICATE OF SERVICE**

I, Harry Cohen, hereby certify that on March 15, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Harry P. Cohen*
Harry P. Cohen (BBO No. 089150)