## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**ERIK JOHNSON,**

        *Plaintiff/Counterdefendant,*

        v.

**PROCTORIO INC.,**

        *Defendant/Counterclaimant.*

Case No. 1:22-mc-91079
U.S. District Court for the District of Massachusetts

Case No. 2:21-cv-00691-DLR
U.S. District Court for the District of Arizona

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Movant Fight for the Future and Respondent Proctorio, Inc., by and through undersigned counsel, hereby stipulate this matter may be dismissed, as the underlying litigation in the United States District Court for the District of Arizona has settled. Accordingly, Proctorio, Inc. has withdrawn its subpoena and Fight for the Future hereby withdraws its motion to quash. Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: March 28, 2022

Respectfully submitted,

*/s/ Kendra K. Albert*
Kendra K. Albert (BBO No. 705086)
   *Honorific/Pronouns: Mx., they/them/theirs*
Mason A. Kortz (BBO No. 691257)
   *Honorific/Pronouns: Mr., he/him or they/them*
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Ave, 4th Floor
Cambridge, MA 02138

Tel: 617-384-9125
Fax: 617-812-3050
Email: kalbert@law.harvard.edu

*Counsel for Fight for the Future*

<u>*/s/ Jacob Canter*</u>
Jacob Canter
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: JCanter@crowell.com

*Counsel for Proctorio*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and first-class mail or email copies will be sent to those indicated as non-registered participants, on March 28, 2022.

Dated: March 28, 2022

/s/ Kendra K. Albert
Kendra K. Albert
*Honorific/Pronouns: Mx., they/their/them*